No. 1157.  MISSOURI PACIFIC RAILROAD Co. *v.* SOUTHERN PACIFIC Co.  Ct. Civ. App. Tex., 14th Sup. Jud. Dist.  Certiorari denied.  *Ben G. Sewell* for petitioner. *Tom M. Davis* for respondent.

No. 1159.  LEWIS ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  *Charles A. Bellows* for petitioners.  *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for the United States.

No. 1161.  CARLINO *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.  *James E. Birdsall* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Joseph M. Howard* for the United States.

No. 1164.  KANAREK *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.  *Irving A. Kanarek,* petitioner, *pro se. Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Robert V. Zener* for the United States.

No. 1166.  GERHARD *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.  *Henry Mark Holzer* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 1171.  BLOOMFIELD *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir.  Certiorari denied. *Milton T. Simmons* and *Donald L. Ungar* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for respondent.